UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
W.Y., et al,

                Plaintiff(s)

            25 civ 5299 (JGK)

    -against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,
                Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for September 24, 2025, at 2:30pm, is canceled.

**SO ORDERED.**

                                            JOHN G. KOELTL
                                     **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 15, 2025